# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.:  18-15499-BKC-AJC

WORLD GLOBAL FINANCING, INC.,                             Chapter 7

     Debtor.
_____/
ROSS. R. HARTOG,  AS THE CHAPTER 7
TRUSTEE,

     Plaintiff,                                       Adv. Pro. No.: 20-01163

v.

WILADYS CASTILLO,

     Defendant.
_____/

## PLAINTIFF'S *EX PARTE* MOTION FOR AN ORDER
## DIRECTING CLERK TO ISSUE AN ALIAS SUMMONS

Plaintiff, Ross R. Hartog, the duly appointed chapter 7 Trustee (the "Plaintiff" or "Trustee") by and through the undersigned counsel, pursuant to Fed.R.Bankr.P. 7004(e) and Local Rule 7004-2(B), requests that this Court enter an order, on an *ex parte* basis, directing the clerk to issue an alias summons for defendant Wiladys Castillo (the "Defendant").  In support of this motion (the "Motion"), Plaintiff states:

### Background

1.    On May 4, 2020 the Plaintiff commenced this action by filing the Complaint [ECF No. 1] against Wiladys Castillo.

2.      On May 5, 2020, the Clerk of the Court issued the *Summons and Notice of Pretrial/Trial in an Adversary Proceeding* (the "Summons") [ECF No. 2].

3.      On May 5, 2020, the Court also entered the *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* (the "Pretrial Order") [ECF No. 3].

4.      Despite combing through the Debtor's records, the Plaintiff was unable to locate exact contact information for the Defendant.  However, by comparing the Debtor's records with the public records, the Plaintiff believes that he may have located the Defendant.

## Request for Issuance of Alias Summons

5.      Fed.R. Bankr.P. 7004(e) requires a summons to be served "within 7 days after the summons is issued … [i]f a summons is not timely delivered or mailed, another summons shall be issued and served."

6.      The Plaintiff requires an alias summons in order to serve the Complaint, Summons and Pretrial Order on the Defendant.

7.      Based on the foregoing, the Plaintiff requests the Court enter an order directing the Clerk of the Bankruptcy Court to issue an alias summons for service upon the Defendant.

WHEREFORE, the Plaintiff respectfully requests the Court enter an order, on an *ex parte* basis: (i) granting the Motion; (ii) directing the Clerk to issue an alias summons; and (iii) for such other and further relief as this Court deems just and proper.

Dated June 8, 2020.                    Respectfully submitted,
                                       **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
                                       *Counsel for the Plaintiff*
                                       9130 S. Dadeland Blvd., Suite 1800
                                       Miami, Florida 33156
                                       Tel:  (305) 670-5000 /Fax:  (305) 670-5011

                                       By: *s/ Alan Rosenberg*
                                          ALAN R. ROSENBERG
                                          Fla. Bar No.: 92004
                                          arosenberg@mrthlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the forgoing was served by electronic mail via the Court's CM/ECF to all counsel of record registered to receive electronic noticing in this case and listed on the attached service list on June 8, 2020.

By:    *s/ Alan R. Rosenberg*
       ALAN R. ROSENBERG

**ELECTRONIC SERVICE LIST**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Adrian C. Delancy**    adelancy@mrthlaw.com, ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com
- **Alan R Rosenberg**    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com