# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 18-15499-BKC-AJC |
| WORLD GLOBAL FINANCING, INC., | Chapter 7 |
|     Debtor. | |
| _____/ | |
| ROSS. R. HARTOG, AS THE CHAPTER 7 TRUSTEE, | |
|     Plaintiff, | Adv. Pro. No.: 20-01163-AJC |
| v. | |
| WILADYS CASTILLO, | |
|     Defendant. | |
| _____/ | |

## VERIFIED MOTION FOR CLERK'S DEFAULT

Plaintiff, Ross R. Hartog, the chapter 7 trustee (the "Trustee" or "Plaintiff") for the estate of World Global Financing, Inc., through undersigned counsel and pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure and Local Rule 7055-1, moves for the entry of a default (the "Motion") against defendant, Wiladys Castillo (the "Defendant" or "Castillo"), for failure to plead or otherwise defend against the *Complaint* [ECF No. 1]. In support of this motion (the "Motion"), the Plaintiff states:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b).

2. This is a core proceeding, which the Court is authorized to hear, determine, and enter final orders in accordance with 28 U.S.C. § 157(b)(1), (b)(2)(A), (H), and (O).

3. Venue is proper pursuant to 28 U.S.C. § 1409, as the Debtor's main bankruptcy case is pending in this District.

4. On May 4, 2020, Plaintiff commenced this proceeding by filing the Complaint seeking, among other things, the avoidance and recovery of transfers made by the Debtor to the Defendant.

5. On June 9, 2020, this Court issued an Alias Summons [ECF No. 7] (the "Alias Summons") on the Defendant.

6. On June 12, 2020, the Plaintiff served the Defendant with copies of the Alias Summons, Complaint and *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3], by U.S. mail. *See Certificate of Service* [ECF No. 11].

7. To date, the Defendant has failed to timely file any responsive papers to the Complaint as required by the Alias Summons. A review of the Court's CM/ECF System on July 15, 2020 prior to filing this Motion confirms same.

**WHEREFORE**, the Plaintiff requests the entry of a default against the Defendant, Wiladys Castillo, for failure to file or serve any response to the Complaint.

### Declaration - 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2020.

By: /s/ *Alan R. Rosenberg*
Alan R. Rosenberg, Esq.
Fla. Bar No. 92004

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this motion was served on all counsel of record and interested parties registered to receive electronic noticing in this case via

the Court's CM/ECF and by U.S. Mail to Wiladys Castillo, Defendant, on July 16, 2020 as noted on the attached service list.

        **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
*Counsel for the Plaintiff*
9130 South Dadeland Blvd., Suite 1800
Miami, FL 33156
Tel: (305) 670-5000
Fax: (305) 670-5011

By: /s/ *Alan R. Rosenberg*
    ALAN R. ROSENBERG
    Fla. Bar No.: 92004
    arosenberg@mrthlaw.com

**SERVICE LIST**

**Via Electronic Mail Notice:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Adrian C. Delancy**     adelancy@mrthlaw.com, ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com
- **Alan R Rosenberg**     arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

**Via U.S. Mail To:**

Wiladys Castillo
3150 S Decatur Blvd Apt 34
Las Vegas, NV 89102-7128

822152