UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No.: 18-15499-BKC-AJC

WORLD GLOBAL FINANCING, INC.,  Chapter 7

    Debtor.
_____/

ROSS. R. HARTOG, AS THE CHAPTER 7 TRUSTEE,

    Plaintiff,  Adv. Pro. No.: 20-01163-AJC

v.

WILADYS CASTILLO,

    Defendant.
_____/

### *EX PARTE* MOTION FOR DEFAULT FINAL JUDGMENT
**(Declaration of Amounts Due Attached)**

Plaintiff, Ross R. Hartog, the chapter 7 trustee (the "Trustee" or "Plaintiff") for the estate of World Global Financing, Inc. (the "Debtor"), by and through undersigned counsel, moves (the "Motion") for the entry of a Default Final Judgment against defendant Wiladys Castillo (the "Defendant"), in the form attached as **Exhibit A** in the amounts as calculated in the Declaration attached as **Exhibit B**. In support of this Motion (the "Motion"), the Plaintiff states:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b).

2. This is a core proceeding, which the Court is authorized to hear, determine, and enter final orders in accordance with 28 U.S.C. § 157(b)(1), (b)(2)(A), (H), and (O).

3. Venue is proper pursuant to 28 U.S.C. § 1409, as the Debtor's main bankruptcy case is pending in this District.

4. On May 4, 2020, the Plaintiff filed his complaint [ECF No. 1](the "Complaint") against the Defendant to avoid and recover transfers of money totaling $288,500.00, from the Debtor to the Defendant, pursuant to 11 U.S.C. §§ 544, 548 and 550, and Florida Statutes §§ 726.105, 726.106, 726.108 and 726.109. A declaration calculating the amounts due is attached as **<u>Exhibit B.</u>**

5. On May 5, 2020, the Court issued the *Summons and Notice of Pretrial/Trial in an Adversary Proceeding* [ECF No. 2] (the "Summons") and the *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3].

6. On June 10, 2020, the Court issued the *Alias Summons and Notice of Pretrial/Trial in an Adversary Proceeding* [ECF No. 7](the "Alias Summons"), and a new *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 8](the "Order").

7. On June 10, 2020, the Defendant was served with the Complaint, Alias Summons and Order as evidenced by the certificate of service filed on June 12, 2020 [ECF No. 11].

8. A responsive pleading to the Complaint was due on or before July 9, 2020.

9. The Defendant failed to timely file any responsive papers to the Complaint, as required by the Alias Summons.

10. Accordingly, on July 16, 2020, Plaintiff filed a verified motion seeking entry of a clerk's default. *See* ECF No. 12.

11. On July 17, 2020, the clerk entered a default against the Defendant. *See* ECF No. 13.

12. By virtue of the Defendant's failure to respond to the Complaint, all the allegations in the Complaint are deemed admitted.

13. Accordingly, the Defendant should be held liable to the estate for a total of $288,500.00.

**WHEREFORE**, the Plaintiff respectfully requests that this Court: (1) grant the Motion; (2) enter a Default Final Judgment against the Defendant, Wiladys Castillo, in the form attached as **Exhibit A**; and (3) grant such other and further relief as the Court deems just and proper.

        **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
        *Counsel for the Plaintiff*
        9130 South Dadeland Blvd., Suite 1800
        Miami, FL 33156
        Tel: (305) 670-5000
        Fax: (305) 670-5011

        By: /s/ *Alan R. Rosenberg*
            ALAN R. ROSENBERG
            Fla. Bar No.: 92004
            arosenberg@mrthlaw.com

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                Case No.: 18-15499-BKC-AJC

WORLD GLOBAL FINANCING, INC.,                                         Chapter 7

    Debtor.
_____/

ROSS. R. HARTOG, AS THE CHAPTER 7
TRUSTEE,

    Plaintiff,                                                    Adv. Pro. No.: 20-01163-AJC

v.

WILADYS CASTILLO,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT IN FAVOR OF PLAINTIFF

THIS CAUSE came before the Court upon the *Ex Parte Motion for Default Final Judgment* [ECF No. ___] (the "Motion") filed by Plaintiff, Ross R. Hartog, Chapter 7 Trustee (the "Plaintiff"). The Court, having reviewed the Motion and the Court's electronic docket, having noted the Entry of Default [ECF No. 13] after the Defendant's failure to timely respond, and the allegations of the Complaint being deemed admitted, does

**ORDER AND ADJUDGE** as follows:

1. Final Judgment is entered in favor of Plaintiff, Ross R. Hartog, Chapter 7 Trustee, P.O. Box 14306, Fort Lauderdale, Florida 33302, and against Defendant, **WILADYS CASTILLO**, 3150 S. Decatur Blvd., Apt. 34, Las Vegas, NV 89102, on all counts of the Complaint.

2. The Plaintiff shall recover from Defendant, **WILADYS CASTILLO**, the sum of **$288,500.00**, plus interest at the applicable rate pursuant to 28 U.S.C. § 1961 and costs, for which let execution issue.

# # #

**Submitted by:**
Alan R. Rosenberg, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Plaintiff*
9130 South Dadeland Boulevard, Suite 1800, Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
Alan R. Rosenberg, Esq.
*(Attorney Rosenberg is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 18-15499-BKC-AJC |
| WORLD GLOBAL FINANCING, INC., | Chapter 7 |
| Debtor. _____/ | |
| ROSS. R. HARTOG, AS THE CHAPTER 7 TRUSTEE, | |
| Plaintiff, | Adv. Pro. No.: 20-01163-AJC |
| v. | |
| WILADYS CASTILLO, | |
| Defendant. _____/ | |

**DECLARATION OF AMOUNTS DUE
IN SUPPORT OF MOTION FOR DEFAULT FINAL JUDGMENT**

Alan R. Rosenberg, counsel for the Plaintiff, under penalty of perjury, states as follows:

1. On May 4, 2020, the Plaintiff filed a complaint [ECF No. 1](the "Complaint") against the Defendant to avoid and recover transfers of money totaling $288,500.00 from the Debtor to the Defendant.

2. On May 5, 2020, the Court issued the *Summons and Notice of Pretrial/Trial in an Adversary Proceeding* [ECF No. 2] (the "Summons") and the *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3].

3. On June 9, 2020, the Court issued the *Alias Summons and Notice of Pretrial/Trial in an Adversary Proceeding* [ECF No. 7](the "Alias Summons") and a new *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 8](the "Order").

4. On June 10, 2020, the Defendant was served with the Complaint, Alias Summons and Order as evidenced by the certificate of service filed on June 12, 2020 [ECF No. 11].

5. A responsive pleading to the Complaint was due on or before July 9, 2020.

6. The Defendant failed to timely file any responsive papers to the Complaint, as required by the Alias Summons.

7. Accordingly, on July 16, 2020, Plaintiff filed a verified motion seeking entry of a clerk's default. *See* ECF No. 12.

8. On July 17, 2020, the clerk entered a default against the Defendant. *See* ECF No. 13.

9. According to records provided by the Debtor to the Trustee, the amount of the transfers that were made to the Defendant total $288,500.00.

10. By virtue of the Defendant's failure to respond, all the allegations in the Complaint are deemed admitted, including, the amount of the transfers made to the Defendant by the Debtor.

## Declaration - 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2020.

*/s/ Alan R. Rosenberg*
Alan R. Rosenberg

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this Motion was served via the Court's CM/ECF to all counsel of record and interested parties registered to receive electronic noticing in this case and to Wiladys Castillo, Defendant, by U.S. Mail as listed on the following service list on July 23, 2020.

By: /s/ *Alan R. Rosenberg*
ALAN R. ROSENBERG

**Service List**

**Via Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Adrian C. Delancy**  adelancy@mrthlaw.com, ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com
- **Alan R Rosenberg**  arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

**Via U.S. Mail To:**

Wiladys Castillo
3150 S Decatur Blvd Apt 34
Las Vegas, NV 89102-7128